IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHARON QUINN<br><br>    Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES U.S.A., INC., a California corporation; TOYOTA MOTOR NORTH AMERICA, INC., a California corporation; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., a Foreign Corporation; and TOYOTA MOTOR DISTRIBUTERS, INC., d/b/a TOYOTA MOTOR CORPORATION, a Foreign Corporation<br><br>    Defendants. | USDC Case No.:  2:19-cv-10246<br>LC Case No:  2018-169980-NO |

## **INDEX OF EXHIBITS**

Exhibit A    Summons and Amended Complaints

Exhibit B    Second Summons and Complaints

Exhibit C    Notice to State Court of Defendants' Removal of Action to United States District Court

18234664v1