IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHARON QUINN,<br><br>    Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC. a California Corporation; TOYOTA MOTOR NORTH AMERICA, INC., a California Corporation; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., a foreign corporation; TOYOTA MOTOR CORPORATION, a foreign corporation; and TOYOTA MOTOR CORPORATION, LTD., A foreign corporation,<br><br>    Defendants. | Case No.: 2:19-cv-10246-AJT-RSW<br>L/C Case No: 2018-169980-NO<br>Judge Arthur J. Tarnow<br>Referral Judge R. Steven Whalen |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties, by their respective counsel, have stipulated to the entry of this Order, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to all parties, including Defendants Toyota Motor Sales U.S.A., Inc., Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Corporation with each party to bear its own costs and attorneys' fees.

This is a final Order that disposes of the last pending claim and closes the case.

**SO ORDERED.**

Date: _____

_____
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

| FIEGER, FIEGER, KENNEY & HARRINGTON P.C. | BOWMAN AND BROOKE LLP |
|---|---|
| /s/ Donald H. Dawson, Jr. <br> DONALD H. DAWSON, JR. (P29692) <br> Attorneys for Plaintiff <br> d.dawson@fiegerlaw.com | /s/ Carmen M. Bickerdt <br> CARMEN M. BICKERDT (P62874) <br> Attorneys for Defendants Toyota Motor Sales U.S.A., Inc., Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Corporation <br> carmen.bickerdt@bowmanandbrooke.com |